FILED

06/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0578

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0578

STATE OF MONTANA,

Plaintiff and Appellee,

v.

AUSTIN MICHAEL WHITE,

Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 14-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including July 11, 2020, within which to prepare, serve, and file its response brief.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 19 2020